Opinion
issued April 26, 2012.

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B10B01024BCV

 



 

SINDREKA MARIA SMITH-LEWIS,
Appellant

 

V.

 

DEPARTMENT OF FAMILY AND
PROTECTIVE SERVICES, Appellee

 



 

On Appeal from the 313th
District Court

Harris County, Texas

Trial Court Cause No. 2009-06297J

 



 

MEMORANDUM
OPINION








Appellant, Sindreka Maria Smith-Lewis, has neither established indigence, nor
paid, or made arrangements to pay, the fee for preparing the clerk=s
record.  See Tex. R. App. P. 20.1 (listing
requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal
if no clerk’s record filed due to appellant’s fault).  After being notified that this appeal was
subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of
prosecution.  We dismiss all pending
motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.